**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN GZIKOWSKI, | No. 09-56492 |
| Petitioner - Appellant, | D.C. No. 5:08-cv-01189-RGK-RNB |
| v. | |
| DEBRA DEXTER, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted June 15, 2011[**]

Before: CANBY, O'SCANNLAIN and FISHER, Circuit Judges.

California state prisoner John Gzikowski appeals pro se from the district

court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Gzikowski contends that the Board's 2007 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *Swarthout v. Cooke*, 139 S.Ct. 859, 863 (2011); *see Roberts v. Hartley*, 2011 WL 1365811 at \*2-3 (9th Cir. Apr. 12, 2011) (applying *Cooke*). Because Gzikowski raises no procedural challenges, we affirm.

**AFFIRMED.**